# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136142

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BILLY GENE POWELL,
      Defendant-Appellant.

SC: 136142
COA: 282376
Shiawassee CC: 04-001520-FC

_____/

      On order of the Court, the application for leave to appeal the February 11, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

Clerk

d0828